partment. October 11, 1907.) Action by Ludiska H. Larsen, as administratrix, etc., against the United States Mortgage & Trust Company. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs.

LAWRENCE BROS., Inc., v. SCHIFF et al. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by the Lawrence Brothers, incorporated, against Mackenzie Schiff and another. No opinion. Order affirmed on argument, with $10 costs and disbursements.

LIEBMANN v. LIEBMANN et al. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Joseph Liebmann, as sole surviving executor, etc., against Henry L. Liebmann, impleaded with others. No opinion. Motion denied. Order filed.

LINGENFELTER, Respondent, v. HALLADAY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 20, 1907.) Action by Thankful Z. Lingenfelter against Joel A. Halladay and others. No opinion. Order affirmed, with $10 costs and disbursements.

LOEWENFIELD et al., Appellants, v. SCHROEDER, Respondent. (Supreme Court, Appellate Division, First Department. October 25, 1907.) Action by Pincus Loewenfield and another against Wilhelmina Schroeder. A. Pfeiffer, for appellants. T. F. Keogh, for respondent. No opinion. Order modified, by striking out paragraph 3 thereof, and, as modified, affirmed, without costs. Order filed.

LOEWER, Appellant, v. JOHNSON, Respondent. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by Joseph Loewer against William Johnson. No opinion. Judgment of the Municipal Court affirmed, with costs.

LONDINO, Respondent, v. BELSITO, Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by William Londino against Amelia Belsito. No opinion. Judgment affirmed, with costs.

LOUNSBERY, Respondent, v. MILLER et al., Appellants. (Supreme Court, Appellate Division, First Department. October 25, 1907.) Action by Henry H. F. Lounsbery against Mary F. Miller and another. J. J. Cunneen, for appellants. E. D. Eddy, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

LUSK, Respondent, v. LEE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 16, 1907.) Action by Fred Lusk against Fred Lee and another. No opinion. Motion denied, without costs.

LUZERNE CHEMICAL CO., Appellant, v. KENNEY et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 20, 1907.) Action by the Luzerne Chemical Company against Edward Kenney and others. PER CURIAM. Judgment affirmed, with costs.

KELLOGG, J., dissents. COCHRANE, J., not sitting.

MAAS, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by John W. Maas against the Brooklyn Heights Railroad Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

In re McCABE'S WILL. (Supreme Court, Appellate Division, Second Department. October 18, 1907.) In the matter of the probate of the last will and testament of Mary McCabe, deceased. No opinion. Decree of the Surrogate's Court of Kings county affirmed, with costs.

McCULLOUGH, Respondent, v. McCREADY et al., Appellants. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Joseph J. McCullough against Charles McCready and others. J. T. Ryan, for appellants. W. F. Clare, for respondent. No opinion. Determination (52 Misc. Rep. 542, 102 N. Y. Supp. 633) affirmed, with costs, with leave to defendants to withdraw demurrer and to answer, on payment of costs in this court and in the court below. Order filed.

McKNIGHT, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. October 25, 1907.) Action by James McKnight, an infant, against the city of New York. T. Connoly, for appellant. J. B. Ker, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $1,500 and costs, in which event judgment, as so modified, and order, affirmed, without costs of appeal. Settle order on notice.

CLARKE and HOUGHTON, JJ., dissent, and vote for reversal.

McLACHLIN, Appellant, v. VILLAGE OF WHITEHALL, Respondent. (Supreme Court, Appellate Division, Third Department. September 26, 1907.) Action by Thomas S. McLachlin against the village of Whitehall. No opinion. Judgment unanimously affirmed, with costs. See 99 N. Y. Supp. 721.

McLAUGHLIN, Respondent, v. SYRACUSE RAPID TRANSIT RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 13, 1907.) Action by John McLaughlin against the Syracuse Rapid Transit Railway Company. No opinion. Judgment and order affirmed, with costs.